LOUIS A. GREENBERG et al., Appellants, *v.* PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY, Respondent, Impleaded with Others.

Argued January 13, 1942; decided March 5, 1942.

*Louis Boehm, Gabriel Rubino, S. C. Stember* and *Herman P. Rosenblatt* for appellants.

*Julius M. Arnstein, Joseph Dannenberg* and *Joseph Sterling* for respondent and impleaded defendants.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.